467 A.2d 51

Powell, et al. v. Hartford Accident et al., Appellant.
Petition for Allowance of Appeal
Denied Feb. 9, 1984.

Submitted March 3, 1983. James K. Thomas, for appellant; Thomas L. Bright, for appellees.

Before CAVANAUGH, WIEAND and HOFFMAN, JJ.
Order affirmed.